No. — – ——. BARKER ET AL. *v.* E. I. DU PONT DE NEMOURS & CO., INC., ET AL. Motion to direct the Clerk to file the petition

for writ of certiorari out of time denied. JUSTICE POWELL took no part in the consideration or decision of this motion.